**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts **Category No.** I **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______

Same Defendant ______ New Defendant X

Magistrate Judge Case Number ______

Search Warrant Case Number See below.

R 20/R 40 from District of ______

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See related case certification. ☑ Yes ☐ No

**Defendant Information:**

Defendant Name Lorenzo Nourafchan

Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ______

Address: 1642 S Garth Ave, Los Angeles, CA 90035

Birth date (Yr only): 1987 SSN (last 4#): 5386 Sex: M Race ______ Nationality: ______

**Defense Counsel if known:** ______ Address: ______

Bar Number: ______

**U.S. Attorney Information**

AUSA: Kaitlin R. O'Donnell / Ian J. Stearns Bar Number if applicable: ______

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:** ______

**Arrest Date:** ______

☐ Already in Federal Custody as of ______ in ______.

☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 4/28/2026 Signature of AUSA: */s/ Kaitlin R. O'Donnell*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ______________________

**Name of Defendant** Lorenzo Nourafchan

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1348 and 2 | Securities Fraud; Aiding and Abetting | 3 |
| Set 4 | 15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2 | Securities Fraud; Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

23-mj-5385-JGD et seq., 23-mj-5450-JGD et seq., 23-mj-5554-JGD, 23-mj-5556-JGD et seq., 23-mj-5566-JGD et seq., 23-mj-5569-JGD et seq., 23-mj-5574-JGD, 23-mj-5610-JGD et seq., 24-mj-5001-JGD et seq., 24-mj-5016-JGD et seq., 24-mj-5105-JGD et seq., 24-mj-5232-JGD, 24-mj-6704-MPK et seq., 25-mj-5072-JGD, 25-mj-5074-JGD et seq., 25-mj-5078-JGD, 25-mj-5177-JGD, 25-mj-5178-JGD, 25-mj-5179-JGD, 25-mj-5183-JGD, 25-mj-5196-JGD et seq.

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts **Category No.** I **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______

Same Defendant ______ New Defendant X

Magistrate Judge Case Number ______

Search Warrant Case Number See below.

R 20/R 40 from District of ______

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See related case certification. ☑ Yes ☐ No

**Defendant Information:**

Defendant Name Nowel Milik Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ______

Address: 2260 E. Santa Paula Dr. Brea, CA 92821

Birth date (Yr only): 1973 SSN (last 4#): 9842 Sex: M Race ______ Nationality: ______

**Defense Counsel if known:** ______ Address: ______

Bar Number: ______

**U.S. Attorney Information**

AUSA: Kaitlin R. O'Donnell / Ian J. Stearns Bar Number if applicable: ______

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:** ______

**Arrest Date:** ______

☐ Already in Federal Custody as of ______ in ______.

☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 7

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 4/28/2026 Signature of AUSA: */s/ Kaitlin R. O'Donnell*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ______

**Name of Defendant** Nowel Milik

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1348 and 2 | Securities Fraud; Aiding and Abetting | 3 |
| Set 4 | 15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2 | Securities Fraud; Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 5 |
| Set 6 | 18 U.S.C. § 1001(a)(2) | False Statements | 6 |
| Set 7 | 18 U.S.C. § 1512(b)(1) | Obstruction of Justice | 9 |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

23-mj-5385-JGD et seq., 23-mj-5450-JGD et seq., 23-mj-5554-JGD, 23-mj-5556-JGD et seq., 23-mj-5566-JGD et seq., 23-mj-5569-JGD et seq., 23-mj-5574-JGD, 23-mj-5610-JGD et seq., 24-mj-5001-JGD et seq., 24-mj-5016-JGD et seq., 24-mj-5105-JGD et seq., 24-mj-5232-JGD, 24-mj-6704-MPK et seq., 25-mj-5072-JGD, 25-mj-5074-JGD et seq., 25-mj-5078-JGD, 25-mj-5177-JGD, 25-mj-5178-JGD, 25-mj-5179-JGD, 25-mj-5183-JGD, 25-mj-5196-JGD et seq.

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts **Category No.** I **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______

Same Defendant ______ New Defendant X

Magistrate Judge Case Number ______

Search Warrant Case Number See below.

R 20/R 40 from District of ______

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See related case certification. ☑ Yes ☐ No

**Defendant Information:**

Defendant Name Nicholas Rudela Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ______

Address: 21076 E Cypress St, Covina, CA 91724

Birth date (Yr only): 1995 SSN (last 4#): 6805 Sex: M Race ______ Nationality: ______

**Defense Counsel if known:** ______ Address: ______

Bar Number: ______

**U.S. Attorney Information**

AUSA: Kaitlin R. O'Donnell / Ian J. Stearns Bar Number if applicable: ______

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:** ______

**Arrest Date:** ______

☐ Already in Federal Custody as of ______ in ______.

☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 6

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 4/28/2026 Signature of AUSA: */s/ Kaitlin R. O'Donnell*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ______

**Name of Defendant** Nicholas Rudela

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1348 and 2 | Securities Fraud; Aiding and Abetting | 3 |
| Set 4 | 15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2 | Securities Fraud; Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 5 |
| Set 6 | 18 U.S.C. § 1001(a)(2) | False Statements | 7 |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

23-mj-5385-JGD et seq., 23-mj-5450-JGD et seq., 23-mj-5554-JGD, 23-mj-5556-JGD et seq., 23-mj-5566-JGD et seq., 23-mj-5569-JGD et seq., 23-mj-5574-JGD, 23-mj-5610-JGD et seq., 24-mj-5001-JGD et seq., 24-mj-5016-JGD et seq., 24-mj-5105-JGD et seq., 24-mj-5232-JGD, 24-mj-6704-MPK et seq., 25-mj-5072-JGD, 25-mj-5074-JGD et seq., 25-mj-5078-JGD, 25-mj-5177-JGD, 25-mj-5178-JGD, 25-mj-5179-JGD, 25-mj-5183-JGD, 25-mj-5196-JGD et seq.

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts **Category No.** I **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______

Same Defendant ______ New Defendant X

Magistrate Judge Case Number ______

Search Warrant Case Number See below.

R 20/R 40 from District of ______

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See related case certification. ☑ Yes ☐ No

**Defendant Information:**

Defendant Name David Makary Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ______

Address: 21057 E Covina Blvd, Covina, CA 91724

Birth date (Yr only): 1991 SSN (last 4#): 5425 Sex: M Race ______ Nationality: ______

**Defense Counsel if known:** ______ Address: ______

Bar Number: ______

**U.S. Attorney Information**

AUSA: Kaitlin R. O'Donnell / Ian J. Stearns Bar Number if applicable: ______

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:** ______

**Arrest Date:** ______

☐ Already in Federal Custody as of ______ in ______.

☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 6

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 4/28/2026 Signature of AUSA: */s/ Kaitlin R. O'Donnell*

**District Court Case Number** (To be filled in by deputy clerk): ____________

**Name of Defendant** David Makary

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1348 and 2 | Securities Fraud; Aiding and Abetting | 3 |
| Set 4 | 15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2 | Securities Fraud; Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 5 |
| Set 6 | 18 U.S.C. § 1623(a) | False Declaration Before Grand Jury | 11 |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

23-mj-5385-JGD et seq., 23-mj-5450-JGD et seq., 23-mj-5554-JGD, 23-mj-5556-JGD et seq., 23-mj-5566-JGD et seq., 23-mj-5569-JGD et seq., 23-mj-5574-JGD, 23-mj-5610-JGD et seq., 24-mj-5001-JGD et seq., 24-mj-5016-JGD et seq., 24-mj-5105-JGD et seq., 24-mj-5232-JGD, 24-mj-6704-MPK et seq., 25-mj-5072-JGD, 25-mj-5074-JGD et seq., 25-mj-5078-JGD, 25-mj-5177-JGD, 25-mj-5178-JGD, 25-mj-5179-JGD, 25-mj-5183-JGD, 25-mj-5196-JGD et seq.

**Criminal Case Cover Sheet** — **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts **Category No.** I **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______

Same Defendant ______ New Defendant X

Magistrate Judge Case Number ______

Search Warrant Case Number See below.

R 20/R 40 from District of ______

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See related case certification. ☑ Yes ☐ No

**Defendant Information:**

Defendant Name Stjepan Vinski — Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ______

Address: 611 Lochleven St. Glendora, CA 91741

Birth date (Yr only): 1995 SSN (last 4#): 7672 Sex: M Race ______ Nationality: ______

**Defense Counsel if known:** ______ Address: ______

Bar Number: ______

**U.S. Attorney Information**

AUSA: Kaitlin R. O'Donnell / Ian J. Stearns Bar Number if applicable: ______

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:** ______

**Arrest Date:** ______

☐ Already in Federal Custody as of ______ in ______.

☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 7

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 4/28/2026 Signature of AUSA: */s/ Kaitlin R. O'Donnell*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ____________________

**Name of Defendant** Stjepan Vinski

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1348 and 2 | Securities Fraud; Aiding and Abetting | 3 |
| Set 4 | 15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2 | Securities Fraud; Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 5 |
| Set 6 | 18 U.S.C. § 1001(a)(2) | False Statements | 8 |
| Set 7 | 18 U.S.C. §§ 1512(b)(3) | Obstruction of Justice | 10 |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

23-mj-5385-JGD et seq., 23-mj-5450-JGD et seq., 23-mj-5554-JGD, 23-mj-5556-JGD et seq., 23-mj-5566-JGD et seq., 23-mj-5569-JGD et seq., 23-mj-5574-JGD, 23-mj-5610-JGD et seq., 24-mj-5001-JGD et seq., 24-mj-5016-JGD et seq., 24-mj-5105-JGD et seq., 24-mj-5232-JGD, 24-mj-6704-MPK et seq., 25-mj-5072-JGD, 25-mj-5074-JGD et seq., 25-mj-5078-JGD, 25-mj-5177-JGD, 25-mj-5178-JGD, 25-mj-5179-JGD, 25-mj-5183-JGD, 25-mj-5196-JGD et seq.